LOS ANGELES BUILDING & CONSTRUCTION TRADES COUNCIL, and its Agent Lloyd A. Mashburn; Millwright and Machinery Erectors, Local 1607, of the United Brotherhood of Carpenters and Joiners of America, A.F.L., and Its Agent Herman Barbaglia, Appellants, v. Howard F. LE BARON, Regional Director of the Twenty-first Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, Appellee.

No. 12378.

United States Court of Appeals Ninth Circuit.

Dec. 8, 1950.

Rehearing Denied Jan. 5, 1951.

Arthur Garrett and James M. Nicoson, Los Angeles, Cal., for appellant.

David P. Findling, Asso. Gen. Counsel, Winthrop A. Johns, Asst. Gen. Counsel, Dominick L. Manoli, James F. Foley, Washington, D. C., for appellee.

Before STEPHENS, HEALY, BONE, ORR, and POPE, Circuit Judges.

PER CURIAM.

The decree is affirmed upon the authority of Printing Specialties and Paper Convert. U. v. Le Baron, 9 Cir., 171 F.2d 331; Building & Construction Trades Council v. Le Baron, 9 Cir., 181 F.2d 449; Hughes v. Superior Court, 339 U.S. 460, 70 S.Ct. 718; International Broth. of Teamsters Union etc. v. Hanke, 339 U.S. 470, 70 S.Ct. 773; and Building Service Emp. Intern. Union Local 262 v. Gazzam, 339 U.S. 532, 70 S.Ct. 784.